THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
     *v.* ANTONIO BELLAVICINI, Appellant.

*People* v. *Bellavicini,* 173 App. Div. ——, affirmed.
(Argued May 26, 1916; decided June 13, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1916, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting defendant of keeping and maintaining a disorderly house in violation of section 1146 of the Penal Law.

*Robert M. Moore* and *John J. McGinnis* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.